IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IAROSLAV MATLAGA,
    Plaintiff,

vs.                                            Case No.: 3:05cv262/LAC/EMT

CENTURY CORRECTIONAL
INSTITUTION DENTAL DEPARTMENT,
    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 3, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 7th day of March, 2006.

                                                                *s/L.A. Collier*
                                                                **LACEY A. COLLIER**
                                                                **SENIOR UNITED STATES DISTRICT JUDGE**